IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 1 5 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 6:15CR 41 |
| | § | Judge MHS/JDL |
| | § | |
| JUAN MANUEL HERNANDEZ-PADIERNA | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 8 U.S.C. § 1326(a) & (b)(1) (Criminal Alien Found Unlawfully Present in the United States After Deportation).

On or about May 5, 2015, the defendant **Juan Manuel Hernandez-Padierna**, an alien, who had previously been arrested and removed from the United States, knowingly and unlawfully was found present in the United States, that is, in Gregg County, in the Eastern District of Texas, said defendant having not obtained the consent of the Attorney General or the Secretary for Homeland Security of the United States, to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326(a) & (b)(1).

A TRUE BILL

_____BK_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____      __7-15-2015__
ALLEN H. HURST                      Date
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Bar Card No. 10313280

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:15CR_____ |
| | § | Judge _____ |
| | § | |
| JUAN MANUEL HERNANDEZ-PADIERNA | § | |

## NOTICE OF PENALTY

### Count One

Violation: 8 U.S.C. § 1326(a) & (b)(1) (Criminal Alien Found Unlawfully Present in the United States After Deportation).

Penalty: Imprisonment for not more than 10 years, a fine not to exceed $250,000.00, or both; and supervised release of not more than three (3) years.

Special Assessment: $100.00

Indictment - Page 3